Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JUL 2 8 2023

ARTHUR JOHNSTON
BY _____ DEPUTY

Corey Tyrone Griffin

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

"See Attached"

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    1:23cv182 HSO-BWR

_____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendant's

1. Investigator Ms. GREEN

2. Officer Mr. Clark

3. C.I.D. Ms. Bufkins

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: COREY Tyrone GRiffin

All other names by which you have been known:

ID Number: #47146

Current Institution: Wilkerson County Correctional Facility

Address: 2999 U.S. HWY 61 North
WOODVILLE    MS    39669
    *City*        *State*        *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: INVESTiGATOR Ms. GREEN

Job or Title *(if known)*: Disciplinary Investigator C.I.D

Shield Number:

Employer: South Mississippi Correctional Institution (MDOC)

Address: P.O. Box 1419
LEAKESViLLE    MS    39451
    *City*        *State*        *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name: Ms. BuFKins

Job or Title *(if known)*: C.I.D Internal Affairs

Shield Number:

Employer: South Mississippi Correctional Facility (MDOC)

Address: P.O. Box 1419
LEAKESViLLE    MS    39451
    *City*        *State*        *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Pro Sc 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name            OFc. Mr. Clark
    Job or Title *(if known)*   OFFicer oF M.D.D.C.
    Shield Number
    Employer      South Mississippi Correctional Facility (MDOC)
    Address       P.O. Box 1419
                  Leakesville     MS    39451
                          *City*           *State*      *Zip Code*

              ☑ Individual capacity     ☑ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address
                         *City*           *State*      *Zip Code*

              ☐ Individual capacity     ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

# Denial of Medical Treatment

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE Attach Page

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

NO

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

YES, South Mississippi Correctional Institution, March 6, 2023

# Page 4 (B)

# II. Basis for Jurisdiction

## D.

Investigator Ms. Green, Acted under color of State Law For (She) is Employed by the State of Mississippi And has Held Several Position with Mississippi Department of Correction And is currently an Disciplinary Investigator with MDOC, And should know MDOC Policy And procedures.

Ms. Green, did in fact call the Plaintiff to the Offender Service office (Back Porch) And Serve the Plaintiff with An Rule Violation Report (R.V.R) for Assaulting Another Inmate Mr. Tubbs Bed # 19.

After (She) serve this R.V.R. to the Plaintiff, I Told Ms. Green that I Need Medical Attention Right Away For I Am bleeding out of my Face from A Bite from Inmate Tubbs And My Finger is bleeding from A Bite Which is getting All over My R.V.R. She is Serve to ME. Ms. Green told ME that I WASN'T Recieve Any Medical Treatment

Because I called Mr. Tubbs A child molester While fighting Him that could get Him kill or beat up, So (She) Return Me Back to my Housing unit with <u>No</u> Medical Treatment period or An Body Sheet were medical has Treated the plaintiff.

<u>C.I.D. Ms. Butkins</u>, Acted under color of State Law For (She) is Employed by the State of Mississippi And has Held Several positions with M.D.O.C. And is currently C.I.D/Internal Affairs Officer which do enforce M.D.O.C. Policy And Procedure.

Ms. Butkins, Have Reason to know or Should Have known that when Inmate Tubbs wife call Her Stating that Her Husband has been fighting with Another Inmate for calling him a child Molester. She should've Alerted the officer in charge of Security Along with the Unit officer Mr. Clark that Two (2) Inmate has been fighting on the unit in which She probably did but Instead Ms. Butkins Review the Camera System of the Altercation (Fight) And did <u>Not</u> follow M.D.O.C. Policy And Procedures in this Matter.

PAGE 4 (C)

SHE took initiatives in Her own Hands she didn't Get Security involve to Remove Both Inmates And Get them Medical Check out,

She call the Disciplinary officer Ms. Green A Great friend of Her, to Serve ME AN R.V.R. FOR A fight with Inmate Tubbs At offender Service (Back Porch) While She stood Next to Inv. Ms. Green When She Serve ME An R.V.R. discussing it with ME And Inv Ms. Green. This is How I Know that Inmate Tubbs wife call Ms. Butkins.

Ms. Butkins told ME this Also that (Her) And Inv. Ms. Green of the Disciplinary Department did in Fact Watch the whole Video several times And I Hit Inmate Tubbs first And call Him A Child molester that's Why I WAS Recieving the R.V.R. And No Medical Treatment.

Ms. Butkins Must Have took Inmate Tubbs Side And His wife Story But from the beginning Because She WAS the first official to Know of the matter she did NOT follow M.D.O.C. Policy And Proced ure with ME Perriod. SHE Denied ME Medical Treat ment And I WAS Bleeding right in front of HER, I ASK HER to SEE A Doctor And SHE look OVER At
PAGE 4 (D)

Ms. Green then walk back in the office and Ms. Green told me to go back to my building that I WAS NOT Recieving any medical treatment because I call Inmate Tubbs an Child molester that could get him kill.

Officer Mr. Clark, acted under Color of State law For (He) is employed by the state of Mississippi As a Correctional Officer with M.D.O.C, And should know MDOC Policy and Procedures.

Mr. Clark was the Tower Officer when the Plaintiff and Inmate Tubbs had an altercation (Fight) When we was fighting on the Zone Ofc. Clark was negligence and didn't see us but someone call Him via Phone call and told me to report to offender Service (Back Porch). (HE)

Once I return from offender Service Recieving my R.V.R. from Inv. Ms. Green and C.O.I.D. Ms. Butkins, I Show to Mr. Clark my face that had an bite size Hole in it and bleeding very bad and my finger that was injuried very bad & bleeding. I told him that I xleed medical Attention. He look at it gaid and told me He would call medical for me. After an hour went by I went back to the Tower

4 (E)

i Ask Mr Clark for medical Attention that I Need itches in my face + Hand, He told Me, wasin't No one in then After An another Hour Ms. Clark told Me that I wasin't Going to Medical that I might As Well go A head And lay down because I'm NoT going to Medical.

4 (F)

# IV. Statement Of Claim

## D. What are the facts underlying your claim(s)

### 1. Claim- Denial of Medical Treatment

## Fact's of Claim

On/About March 6, 2023, Monday, Time Approx 10 Am At South Mississippi Correctional Facility (S.M.C.I), Area II, BIDG D-2, A-ZONE, Bed #20, I, Lorey Tyrone Griffin #47146, Went to the Bathroom when my Rack Mate Mr. Tubbs, Bed #19 Came up to Me stating that I Had Wasted Some Koolaid on his Bed Sheet.

I Told Him No I didn't so He took Me to our Rack And Show Me the (Red) Koolaid on his Bed Sheets.

I Show Him my Kool Aid which is (Orange) Koolaid that it wasn't Me.

Inmate Tubbs got mad And disrespected Me by Calling Me A "Bitch Ass Nigger" so We Tryed to fight eactt other right then But **WAS** Broke up + Separated by other Inmates on the Zone. I walk Around then Head back to My Rack to the other side when Mr. Tubbs call Me Another "Bitch Ass Nigger" I Stop And We Had

-1-

A Fight:

Mr. Tubbs bite Me on the side of My face taking A Hugh plug out of My face And He bite my finger very, very, Hard And Deep during our fight.

It's took At less (4) to (3) ~~another~~ other Inmate to get Mr. Tubbs to let go of his bite on ME. See "Camera Footage"

After the Inmates got Mr. Tubbs off of Me, No Officer came on the Zone period to Assist Me or Mr. Tubbs.

Officer Mr. Clark is the Tower officer in charge of the Zone, He Acted like He didn't See the fight or All the Commotion that Went on, this was over An Hour Span or More that things wasn't Right on the Zone, In fact, Ofc. Mr Clark, Look at Me directly Several times And He See that I'm injury or something is very, very, Wrong But He didn't Call Me to the Tower Nor did He Send other Officer's to See What's Wrong when He looking Right At Me Holding Bloody Towel's to My face And Hand in Plain View, I went to Bathroom Several times And other Inmate's Along With Myself Clean up my Blood And Keeping us Separated.

I couldn't go to the ~~tower~~ And Tell Mr. Clark that I was fighting And I'm injury because of

-2-

the Gang Member don't Allow us to go tell the Off-
icer in Charge Nothing, if So, I would of being jump on
And stab up by the Gang Member so I couldn't go to
the Tower, But Clearly Ofc. Clark See At this Time
that Something Very Wrong with Me, I'm bleeding Bad,
Holding Bloody Towel to My FACE And Hand.

   All of this took Place, Now it's lunch Time, Around 12:30 pm,
At lest 75% of the Inmate left to go Eat At the Cateria
but the Gang Member Would not Allow Me to go Eat Because
If Security See ME Bleeding Or look As a fight has
happen, they will SHAKE down the ZONE And the Gang
will loose their Contraband.

   This is why I couldn't go to the Tower Or Go Eat At the Cater-
ia to Alert someone But Again Ofc. Mr. Clark is a very
skill Trained Correctional Officer, He See Clearly that
I Am injury And Need Medical Attention, I WALK to
the Bathroom Several times clean Blood off Me, Hold-
ing Bloody Towels to my FACE And Hand While Ofc. Mr.
Clark look Right At Me And Watch My Movement for
Hours But Never Made Any Attemp to get Me Medical
Treatment that He CAN Clearly See I Need Or with All
that Commotion to See What's Wrong, He only Watch Me
But Never Got Me Any Help Or follow M.D.O.C policy or procedures
All of this took Place From 10am to 2pm, I Had the

-3-

Fight About ___ See "C" ___

Around 2pm Ofc. Clark call Me to the Tower Stating, that I Need to go to Offender Service (Back Porch) for fighting.

See Now, Ofc. Clark Know that I was fighting with someone on his Zone because Offender Services call Me to their Office And He told Me for fighting, so He had to been in Contact with the front office, this is the first Denial by Ofc. Clark.

I go toward Offender Service but I Stop at the Medication Window were inmate Recieve they Daily Meds, because the Nurses pass them out, I Show My face And Hand to the White Nurse (Jane Doe) I Don't Know Her Name, White Nurse told Me to go Show My face to Security because She Can't take Me to Medical. Or See Me, I Have to go Show Someone in Security, I Said to her, their Go Investigator Ms. Green, She Said, Go Show it to her And I did.

As I came up to Inv. Ms. Green, I Tryed Telling Her that I was in a Fight that inmate Tubbs bite A Plug out of My face And ___ Almost bite My finger off.

Inv. Ms. Green cut Me off And Said, She didn't want to Hear No lies from Me As C.I.D. Internal Affairs Ms. Butkins walk out the Offender Service Office

- 4 -

And Stood beside her on the back porch, I Never Went inside the office because I am bleeding Very, Very bad still from my Injuries and this is over (a) Two Hours Later.

Ms. Green Said, I call you to the Back Porch to Serve You this (R.V.R.) Rule Violation Report For Assualting Mr. Tubbs, I was trying to Explain that Inmate Tubbs brought All this to Me because He thought I Wasted Koul Aid on his Bed then He call Me a Bitch Ass Nigger After He Saw I didn't Waste it someone Else did, And I didn't deserve No R.V.R. that I was Assualted And Need Medical Treatment Right Away, I got a Big Hole in my Face from were He Bit Me and look at my finger, it is So Deep you could See Bone.

In V. Ms. Green Said, Well, I'm Glad He beat your Ass And you ought to be glad that them Guys got that Big Man off of You, I was in Shock by her Words.

Ms. Green Said, that Her and C.I.D Ms. Butkins know that I'm lying because Mr. Tubbs Wife call Ms. Butkins Stated that I am trying to get Her Husband Kill in there because I'm telling Everyone that He is A Child Molester while We was Arguing before our Fight, And that I Attack Him.

- 5 -

C.I.D Ms. Butkins Said to me, Corey Grier, I Watch the Camera myself And I Saw were you kick him in the face, And punch Him first, Right. I Said, Yes MA'AM I did But if you watch the Camera, you didnt see were He Came to the bathroom starting with me And we went back to our Beds And He tryed to punch me but I move back out of the way And several In-mates got between us, did you see that Ms. Butkins?

She Said, No I didn't, I Saw you Hit Him first And you is Recieving this Rule Violation Report for AN Assuallt on Mr. Tubbs, then Ms Green Said, Do you Want Any Witness? I Said, Yes I do, And tryed to give thier Bed Number And Ms. Green Said, No, I Need their Names.

I Said, I don't know their Real Names but I know their Bed Numbers. She Said, No, I Need the Names but Do you want to Sign this R.V.R. And I Said, Yes I'll Sign And I did then Ms. Butkins started Walking Back in the office.

I, then Said to Inv. Ms. Green, Look At my face And look At my Hand Ms. Green, I Need some medical Attention. Ms. Green Said, you is NOT Getting NO Medical Attention, Now Go Back to your Building.

- 6 -

I Went BACK to My Building And Tried to call my Parents because I Know that I'm Seriously Injuried And HAVE lost Alot of Blood because I'm dizzy And very WEAK but No Answer So I Went BACK to the Tower And ASK Mr. Clark Can He PleASe get me Some Medical TreAtment At less, I Told Him that Inv. Ms. Green Serve ME with An R.V.R. for AssuAlting Another Inmate (fighting) And I SHow her my FACE And my Finger but She Would NoT Send ME to the Clinic to get Treated And I Know I Need Stitches in my FACE + Hand.

Ofc. ClArk told Me to turn to the Side An He look At the bite then He SAid, Hold Your Finger up, I Couldn't Even Hold it up but Hold it down So He could See it. Mr. Clark SAid, He will CAll the Clinic for Me, this is Appox <u>3pm to 4pm</u> Now, At less <u>4 to 5 hours</u> has pASS, I FinAlly got the bleeding to Stop by pressing Towels to My FACE And Hand. My HAnd is cut So bad And DEEP that when I try to Remove the Towel, Skin + Blood come out.

AGAin, I Go Back to the Tower Asking Mr. Clark for Medical Treatment, this is 5pm, I look At the Clock, He SAid, He CAll + Got No Answer, I Said, ReAlly MR. ClArk All you Got to do is open the Door + let ME WALK

- 7 -

to the Clinic NEVER Close, Mr. Clark and we walk ourself to the Clinic Anyway, why I can't walk up there? He said, He'll Call Again.

I Came back At 6pm Asking Mr. Clark for Medical Treatment. He told Me to Stop Worrying Him that I'm <u>Not</u> going to the Clinic As though He was About to Assualt Me for coming to Ask for Medical Treatment, so I Laid down in my bed because I AM in Pain And in My bed I Laid Hurting And Suffering very bad thru All of this.

The Next shift, the Black officer, Jane Doe #2, work the Night And Know Me, I went And Showed Her My Face And My Finger, She Must of experience Some Trouble on getting Me there because She had to call An "Suicide" Medical Call then I Showed the white officer of Security/Clinic officer And He Search Me At my Rack And walk Me to the Clinic.

The Clinic Nurse (RN) John Doe #1 immediately Saw Me And Stated, we Have to get you to the (E.R.) Emergency Room for Treat because you Need Some Stitches, this is Around 10:30pm (Night), Mr. John Doe #1 Made Me Gave Account to why it took Me so

-8-

long to get to the Clinic with this type of In-
jury to my Face And Hand.

I Told Him that I was Denied Medical Attention
by Several Officer And How Inv. Ms. Green Serve
the plaintiff an R.V.R. for fighting but Did Not get
Me to the Clinic to get an BODY SHEET were Medical
Has check out an inmate After Any fight As Required
by policies And procedures.

Nurse John Doe #1 Alert the Watch Commander At Home
For Approval then I was Transported by Ofc. Kimberly
Brown And A White Officer to the Hospital in Green
County.

The plaintiff saw the E.R. doctor Around 1:30 AM, the
doctor did Ask the Security Officer Ms. Kimberly Brown
Why it took Me Over (12) Twelve Hour to get Me to the
E.R. because with An Hole from a Bite After (12)
Hours He Really don't Suppose to Stitch it B/c the
Skin was Hard and dry, He explain Medically but took
Me since it My Face, He would try to Stitch it.

The Skin was in A Ball were He bite And pull it
together with A Big Hole of Red Meat Around it.

The E.R Doctor clean my face And put in Sev-
eral Stitches in my Face then He clean My finger

-9-

And told Me Since it been pass (3) Hours, All He can do is clean it and refer Me to an Specialist.

Ofc. Kimberly Brown told the E. R. Doctor that this wasn't her fault and this didn't Happen on her Staff but she would file or make an report as soon as she got back to the facility." See Ofc. Brown Report"

At 3 am, I arrive back at the facility clinic were I was Held to about 12pm (Noon) then was Release by the facility Doctor and place back on my Zone were I had to Take care of My Injuries by myself for Severals Month's

I had No Wound care, only given Some Antibiotic I Had to care for Myself for Several Months before I saw any Doctor for My finger and Several Months before I saw any Doctor for My face that was June 12, 2023 over (3) months.

It took (2) months to See and Doctor for my finger in which I am currently Go throw Physical Therapy.

My finger Doctor had to get Me Schedule to See a Doctor for A face because I complain and was Still in Pain. I finally Saw a Doctor on June 12, 2023 for My face once, as of Today, No further Treatment.

- 10 -

# V.    INJURIES

The plaintiff was bite on his Left Side of his Face And his Right Pinky Finger was bite, both Very Bad.

The plaintiff didn't Recieve Any Medical Treatment For Over (13) Hours until the E.R. Doctor clean his Injuries And Stitch his Face up.

After the E.R. Doctor, the Plaintiff need further Medical Treatment And CARE In which He did Not Recieve:

The First doctor the plaintiff saw was (2) Two Months After his Injuries, He saw A doctor About his Hand, that Doctor order Therapy which He Currently go to Twice A Week for A Month and A Half Now, Under going Therapy Now.

The Plaintiff has only saw A doctor once for his Face And that was (3) month" After his Injuries in Jackson, MS on June 12, 2023 And His Injuries occured on March 6, 2023.

The plaintiff was Not Schedule to See A doctor About his Face until He saw the doctor for his hand And Complain that My Face Hurt And I Need to See A doctor For My Face because I Haven't saw No one About my Face in (2) Two Months, only saw doctor once And my Face Need Further Medical Treatment.

# VI.  Relief

The plaintiff is seeking Monetary damages for the Denial of Medical Treatment from each defendant.

Investigator Ms. Green - the plaintiff is Sueing in the Amount of $100,000 00 in Actual damage And $300,000 00 Punitive damages

C.I.D. Ms. Butkins, - the plaintiff is Sueing in the Amount of $100,000 00 in Actual damage And $300,000 00 Punitive damages

Ofc. Mr. Clark - the Plaintiff is Sueing in the Amount of $100,000 00 in Actual damages And $300,000 00 Punitive damages And Any other Monetary Amount this Court deem just And fair to the Plaintiff.

The Plaintiff seek the Right to Amend to his Relief in this Suit.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On Monday, March 6, 2023, Time Approx 10am to 11am

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?*
*Was anyone else involved?  Who else saw what happened?)*

See Attach Page "Statement of Claim"

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attach Page "INJURIES"

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

See Attach Page "RELIEF"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

South Mississippi Correctional Facility (S.M.C.I.)

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

   ☑ Yes

   ☐ No

   If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   ☐ Yes

   ☐ No

E.   If you did file a grievance:

   1.   Where did you file the grievance?

   At South Mississippi Correctional Institution Administrative Remedy Program to Mr Joseph Cooley, Inv.

   2.   What did you claim in your grievance?

   Denial Of Medical Treatment

   3.   What was the result, if any?

   They Denied my Grievance And Return it to Me. See Exhibit "A" + "B"

   4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Grievance Process Completed, I File 42 U.S.C. 1983

F.    If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

N/A

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

SEE EXHIBIT "A" And "B"

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)  N/A

Defendant(s)  N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.  N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    N/A _____

Defendant(s)    N/A _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A _____

3.    Docket or index number

N/A _____

4.    Name of Judge assigned to your case

N/A _____

5.    Approximate date of filing lawsuit

N/A _____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition    N/A _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 26 2023

Signature of Plaintiff: Corey Tyrone Griffin

Printed Name of Plaintiff: COREY Tyrone Griffin

Prison Identification #: 47146

Prison Address: 2999 U.S. Hwy 61 North  WOODViILE       MS     39669

City           State       Zip Code

### B.    For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____
City           State       Zip Code
Telephone Number: _____
E-mail Address: _____