IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**COREY TYRONE GRIFFIN**                                                **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 1:23-cv-00182-BWR**

**KIMBERLY GREEN, et al.**                                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [19] for Summary Judgment Based on Failure to Exhaust Administrative Remedies filed by Defendants Kimberly Green, Penny Bufkins, and George Clark is **GRANTED**. This civil action is **DISMISSED WITHOUT PREJUDICE**, and this case is **CLOSED**.

**SO ORDERED AND ADJUDGED,** this 10th day of July, 2024.

                                               *s/ Bradley W. Rath*
                                               BRADLEY W. RATH
                                               UNITED STATES MAGISTRATE JUDGE